**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rocky Ross,<br><br>    Petitioner,<br><br>v.<br><br>Dora Schriro, et al.,<br><br>    Respondents. | No. CIV 07-1783-PHX-SMM<br><br>**MEMORANDUM OF DECISION AND ORDER** |

Pending before the Court is Petitioner's pro se Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (the "Petition"). (Doc. #1.) The matter was referred to the magistrate judge for a Report and Recommendation. (Doc. #2.) On February 28, 2008, the magistrate judge filed a Report and Recommendation with this Court. (Doc. #9.) On March 10, 2008, Petitioner filed his Objection (Doc. #10) to the Report and Recommendation. After considering the magistrate judge's Report and Recommendation and the arguments raised in Petitioner's Objections thereto, the Court now issues the following ruling.

**STANDARD OF REVIEW**

When reviewing a Magistrate Judge's Report and Recommendation, this Court "must make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate." 28 U.S.C. § 636(b)(1)(C); see also Baxter v. Sullivan, 923 F.2d

1391, 1394 (9th Cir. 1991) (citing Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983)).

**DISCUSSION**[1]

In their Answer, Respondents contend that the claims presented in Petitioner's habeas petition are untimely, not subject to equitable tolling, and procedurally defaulted. Respondents also contend that Plaintiff waived any claim of actual innocence, and that regardless of this waiver Petitioner failed to provide reliable new evidence of innocence. After conducting a thorough legal analysis, the magistrate judge reached the same conclusion. Having reviewed the legal conclusions of the Report and Recommendation of the magistrate judge, and the objections having been made by Petitioner thereto, the Court finds that the magistrate judge adequately addressed all of Petitioner's arguments. Therefore, the Court hereby incorporates and adopts the magistrate judge's Report and Recommendation.

**CONCLUSION**

For the reasons set forth above,

**IT IS HEREBY ORDERED** that the Court adopts the Report and Recommendation of the magistrate judge (Doc. #9).

**IT IS FURTHER ORDERED** that Petitioner's Petition for Writ of Habeas Corpus (Doc. #1) is **DENIED** and this action is **DISMISSED WITH PREJUDICE**.

DATED this 10th day of April, 2008.

Stephen M. McNamee
United States District Judge

---

[1] The factual and procedural history of this case is set forth in the Magistrate Judge's Report and Recommendation (Doc. #9).

- 2 -